FIFTH DISTRICT COURT OF APPEAL
STATE OF FLORIDA
Case No. 5D2024-0177
LT Case No. 2021-DP-00194

W.A., FATHER OF J.G., A CHILD,

    Appellant,

    v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Melissa D. Souto, Judge.

Ilene F. Tuckfield, of Ilene F. Tuckfield, P.A., Coral Gables, for
Appellant.

Kelley Schaeffer, of Children's Legal Services, Bradenton, for
Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Amanda Victoria Glass, Senior Attorney, Appellate Division,
Tallahassee, for the Statewide Guardian ad Litem Office.

June 10, 2024

PER CURIAM.

AFFIRMED.

JAY, HARRIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____